**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MANUFACTURERS ALLIANCE INSURANCE COMPANY,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-441** |
| | § | |
| **THE GRAY INSURANCE COMPANY** | § | |
| **Defendants** | § | |

**PLAINTIFF MANUFACTURERS ALLIANCE  INSURANCE COMPANY'S**
**NOTICE OF DISMISSAL WITHOUT PREJUDICE  PURSUANT TO RULE 41(a)(1)(A)(i),**
**F.R.C.P.**

COMES NOW, Plaintiff Manufacturers' Alliance Insurance Company ("MAIC") and hereby files this Notice of Dismissal pursuant to Rule 41 (a)(1)(A)(ii), Fed. R. Civ. Proc. In this connection, all matters in controversy have been resolved prior to Defendant serving either an answer or motion for summary judgment. Accordingly, MAIC hereby gives notice that it hereby dismisses this action pursuant to Rule 41(a)(1)(A)(ii). Pursuant to Rule 41(a)(1)(B) this dismissal is without prejudice.

**PRAYER**

WHEREFORE PREMISES CONSIDERED, Plaintiff MAIC prays that the Court dismiss this action without prejudice.

.

Respectfully submitted,

David J. Schubert—Attorney in Charge
State Bar No. 17820800
Southern District Bar No. 10769
E-Mail: DSchubert@SchubertEvans.com
Stephen Burnett
State Bar No. 24006931
Southern District Bar No. 24679
E-Mail: SBurnett@SchubertEvans.com

**Schubert & Evans, P.C.**
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone: (214) 744-4400
Facsimile: (214) 744-4403

**ATTORNEYS FOR PLAINTIFF
MANUFACTURERS ALLIANCE INSURANCE
COMPANY**